AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**LEO R. ZOELLE, JR.,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

      **CASE NO. C2-09-619**
**COMMISSIONER OF SOCIAL**     **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**     **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendant.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed September 27, 2010, JUDGMENT is hereby entered REMANDING this case to the Commissioner for further proceedings. This case is DISMISSED.**

Date: September 27, 2010         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk